UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMUT KARGI and UĞUR AKTAN,
                          *Plaintiffs,*

        -against-

SOUP N BURGER CORP., ANATOLIAN GYRO INC., and MUSTAFA TURAN, METIN TURAN, and JOHN DOES 1-25, *individually and in their official capacities*,
                          *Defendants.*

-----------------------------------------------------------------X

Docket Number 21-CV-06846

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

Plaintiffs UMUT KARGI and UĞUR AKTAN ("Plaintiffs"), through their undersigned counsel, hereby notify the Court that on or about July 15, 2022, they accepted the Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants SOUP N BURGER CORP., ANATOLIAN GYRO INC., and MUSTAFA TURAN, METIN TURAN, and JOHN DOES 1-25 ("Defendants") in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), extended on or about July 15, 2022. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' acceptance of said Offer of Judgment; (c) Proof of Service of (1) the offering Defendants' Offer of Judgment and of (2) Plaintiffs' acceptance of said Offer of Judgment; and (d) a Proposed Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: August 8, 2022

                          Law Office of Matthew S. Porges

                          _____
                          By: Matthew S. Porges, Esq.
                          32 Court Street, Suite 904
                          Brooklyn, New York 11201
                          Phone: 718-673-2578
                          mspesq@mspesq.com
                          *Attorney for Plaintiffs*

                          SHALOM LAW PLLC

                          /s/
                          _____
                          By: Jonathan Shalom, Esq.
                          105-13 Metropolitan Avenue
                          Forest Hills New York 11375
                          Phone: (718) 971-9474
                          Jonathan@shalowlawny.com
                          *Attorney for Plaintiffs*