UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UMUT KARGI and UĞUR AKTAN,

                Plaintiffs,

-against-

SOUP N BURGER CORP., ANATOLIAN GYRO INC, and MUSTAFA TURIN, METIN TURIN, and JOHN DOES 1-25, *individually and in their official capacities,*

                Defendants.
------------------------------------------------------------------------X

Docket Number 21-CV-06846

**JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

**WHEREAS**, on July 15, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SOUP N BURGER CORP., ANATOLIAN GYRO INC, and MUSTAFA TURIN, METIN TURIN, and JOHN DOES 1-25 ("Defendants") extended to Plaintiffs UMUT KARGI and UĞUR AKTAN ("Plaintiffs") an offer of judgment against them, in the amount of Forty Thousand Dollars and No Cents ($40,000.00), including all costs and fees and including all attorneys' fees;

**WHEREAS**, on July 15, 2022, Plaintiffs accepted Defendants' Offer of Judgment;

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiffs and against Defendants in the amount of Forty Thousand Dollars and No Cents ($40,000.00).

Dated: Brooklyn, New York
           August 10, 2022

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
       Deputy Clerk